UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REVISE CLOTHING INC | Plaintiff, |
| -v- | |
| WET JEANS and JEAN CITY USA | Defendant. |

JUDGE CHIN

Case No. 07 CV 10616

**Rule 7.1 Statement**



RECEIVED NOV 27 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

REVISE CLOTHING, INC.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: November 27, 2007

Signature of Attorney

Attorney Bar Code: NK 6478

Form Rule7_1.pdf   SDNY Web 10/2007