# MEMO ENDORSED (H in T)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

Brad D. Rose, Esq. (BR 2740)
Nicole E. Kaplan, Esq. (NK 6478)
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022

Attorneys for Plaintiff
Revise Clothing, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
REVISE CLOTHING, INC.,                  :     07 Civ. 10616 (DC)
                                        :
            Plaintiff,                  :
                                        :     **STIPULATION**
    -against-                           :
                                        :
WET JEANS AND JEAN CITY USA,            :
                                        :
            Defendants.                 :
----------------------------------------X

IT IS HEREBY STIPULATED TO AND AGREED, by and between the undersigned counsel for the parties herein, that the time for Plaintiff REVISE CLOTHING, INC. ("Plaintiff") to serve the Summons and Complaint on Defendants WET JEANS AND JEAN CITY USA in this action is extended thirty (30) days to and including April 25, 2008.

The reason for this extension request is that the parties are actively negotiating settlement.

Dated: March 19, 2008

SANDLER, TRAVIS & ROSENBERG, P.A.

By: _____
       Edward M. Joffe

5200 Blue Lagoon Drive, Suite 600
Miami, FL 33126
(305) 267-9200
Attorneys for Defendants

PRYOR CASHMAN LLP

By: _____
       Nicole Kaplan (NK-6478)

410 Park Avenue
New York, New York 10022
(212) 421-4100
Attorneys for Plaintiff

SO ORDERED: _____
                        U.S.D.J.

3/20/08

2