Chin, S.

Brad D. Rose, Esq.
Nicole E. Kaplan, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022

Attorneys for Plaintiff
Revise Clothing, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
REVISE CLOTHING, INC.,                :    07 Civ. 10616 (DC)
                                      :
              Plaintiff,              :
                                      :    **STIPULATION**
    -against-                         :
                                      :
WET JEANS AND JEAN CITY USA,          :
                                      :
              Defendants.             :
---------------------------------------X

IT IS HEREBY STIPULATED TO AND AGREED, by and between the undersigned counsel for the parties herein, that the time for Plaintiff REVISE CLOTHING, INC. ("Plaintiff") to serve the Summons and Complaint on Defendants WET JEANS AND JEAN CITY USA in this action is extended thirty (30) days to and including May 25, 2008.

The reason for this extension request is that the parties have reached an agreement in principal on settlement and are finalizing such agreement.

Dated: April 17, 2008

| SANDLER, TRAVIS & ROSENBERG, P.A. | PRYOR CASHMAN LLP |
|---|---|
| By: _____<br>Edward M. Joffe | By: _Nicole Kaplan_____<br>Nicole Kaplan (NK-6478) |
| 5200 Blue Lagoon Drive, Suite 600<br>Miami, FL 33126<br>(305) 267-9200<br>Attorneys for Defendants | 410 Park Avenue<br>New York, New York 10022<br>(212) 421-4100<br>Attorneys for Plaintiff |

SO ORDERED: _____
U.S.D.J.

4/18/08

2