# MEMO ENDORSED

Chin, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

Brad D. Rose, Esq.
Nicole E. Kaplan, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
REVISE CLOTHING, INC.,                 :     07 Civ. 10616 (DC)
                                       :
                 Plaintiff,            :
                                       :     STIPULATION
        -against-                      :     OF WITHDRAWAL
                                       :
WET JEANS AND JEAN CITY USA,           :
                                       :
                 Defendants.           :
---------------------------------------X

IT IS HEREBY STIPULATED TO AND AGREED, by and between the undersigned counsel for the parties herein, that Plaintiff REVISE CLOTHING, INC. hereby withdraws its Complaint against Defendants WET JEANS AND JEAN CITY USA in this action. The withdrawal of the Complaint is warranted because the parties have reached a settlement in the underlying action.

Dated: May 23, 2008

SANDLER, TRAVIS & ROSENBERG, P.A.          PRYOR CASHMAN LLP

By: _____                  By: _____
        Edward M. Joffe                            Nicole Kaplan (NK-6478)

5200 Blue Lagoon Drive, Suite 600          410 Park Avenue
Miami, FL 33126                            New York, New York 10022
(305) 267-9200                             (212) 421-4100
Attorneys for Defendants                   Attorneys for Plaintiff

SO ORDERED: _____
                    U.S.D.J.
                                5/28/08